

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00262-CR

**WILLIAM COOK,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

**From the County Court at Law No. 1
McLennan County, Texas
Trial Court No. 20150155 CR1**

## O R D E R

William Cook appeals his conviction for driving while intoxicated. By order issued September 3, 2015, the Court abated this appeal so that the trial court could enter and file a certification of Cook's right of appeal. A certification has been provided to the Court.

Accordingly, this appeal is reinstated. The appellate record has been filed. Appellant's brief is due 30 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Reinstated; brief due
Order issued and filed September 24, 2015

